McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0074-WBS |
|---|---|
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: June 17, 2019 |
| KENNY XYRUS LOSITO, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

Plaintiff United States of America, through its respective counsel, and defendant Kenny Xyrus Losito, through his counsel of record, stipulate that the status conference now set for June 17, 2019, be continued to July 22, 2019, at 9:00 a.m.

On May 3, 2019, Mr. Losito was arraigned on the one-count Indictment in this case. (ECF Nos. 7, 10.) At the arraignment, the government produced discovery to the defense that included 61 pages of reports and memoranda, nineteen photos, and over one-hundred audio and video recordings. Defense counsel requires additional time to review these new materials individually and with her client, time to conduct additional investigation, time to research potential defenses and motions, and time to otherwise prepare for trial. In addition, defense counsel is in the process of obtaining court records necessary to advise Mr. Losito.

///

///

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

| | |
|---|---|
| 1 | Based on the foregoing, the parties stipulate that the status conference currently set for June 17, 2019, be continued to July 22, 2019, at 9:00 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including July 22, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation. |

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  June 11, 2019          */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for Plaintiff United States*

Dated:  June 11, 2019          */s/ THD for Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
*Attorney for Defendant Kenny X. Losito*

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including July 22, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the June 17, 2019 status conference be continued until July 22, 2019, at 9:00 a.m.

Dated: June 14, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE