| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>LEXI P. NEGIN, #250376<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Tel: 916-498-5700/Fax 916-498-5710<br><br>Attorney for Defendant<br>KENNY LOSITO | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KENNY LOSITO,<br><br>    Defendant. | Case Nos. 2:19-cr-074 WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE:    March 23, 2020<br>TIME    9:00 a.m.<br>JUDGE:    Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Colleen M. Kennedy, counsel for the plaintiff, and Assistant Federal Defender, Lexi Negin, counsel for defendant, Kenny Losito, that the sentencing hearing currently set for March 23, 2020 be continued to June 8, 2020, at 9:00 a.m., before the Honorable William B. Shubb.

                                      Respectfully submitted,

                                        HEATHER E. WILLIAMS<br>                                        Federal Defender

Dated: March 18, 2020                      By:    */s/ Alexandra P. Negin*<br>                                                                     ALEXANDRA P. NEGIN<br>                                                                       Assistant Federal Defender<br>                                                                       Attorney for Defendant

|  | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| Dated: March 18, 2020 | By: /s/ Colleen M. Kennedy<br>COLLEEN M. KENNEDY<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

The Court hereby grants the parties' request to continue the sentencing hearing and set the matter for sentencing on June 8, 2020 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 19, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE