HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
KENNY LOSITO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>      v.<br><br>KENNY LOSITO,<br><br>         Defendant. | Case Nos. 2:19-cr-074 WBS<br>              2:19-cr-111 WBS<br><br>STIPULATION AND ORDER TO CONTINUE<br><br>DATE:     June 8 and 15, 2020<br>TIME      9:00 a.m.<br>JUDGE:    Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Colleen Kennedy, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Kenny Losito, that the sentencing dates schedule for June 8, 2020 in case number 19-cr-74 and June 15, 2020 in case number 19-cr-111, should be vacated, consolidated and scheduled for August 24, 2020.

Mr. Losito wishes to exercise his right to appear in person in court for his sentencings. Thus, in light of the COVID-19 pandemic and the Court's General Orders 610-618, Mr. Losito requests that the Court continue his sentencing until August 24, 2020, or such time thereafter when he can be present before the Court.

The parties have met and conferred and agree with the United States Probation Office that the sentencings for both cases should occur on the same date. The parties intend to amend

1 | the current plea agreement to reflect this understanding.

2 | Based upon the foregoing, the parties stipulate and agree that the sentencings be
3 | scheduled for August 24, 2020.

4 | DATED: June 2, 2020                    Respectfully submitted,

5 |
6 |                                         HEATHER E. WILLIAMS
                                            Federal Defender

7 |                                         */s/ Lexi P. Negin*
                                            LEXI P. NEGIN
8 |                                         Assistant Federal Defender
                                            Attorney for KENNY LOSITO
9 |
10 | DATED: June 2, 2020                    MCGREGOR W. SCOTT
                                            United States Attorney
11 |
                                            */s/ Colleen Kennedy*
12 |                                         COLLEEN KENNEDY
                                            Assistant United States Attorney
13 |                                         Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

It is therefore, ORDERED that case numbers 19-cr-74 and 19-cr-111 are consolidated for one sentencing hearing. It is further ORDERED, that the sentencings currently scheduled for June 8, 2020, and June 15, 2020, are vacated and that sentencing in both cases shall be continued to August 24, 2020 at 9:00 a.m. Formal objections to the Presentence Investigation Report are due to the Court on or before August 10, 2020. Replies to formal objections, if any, are due on or before August 17, 2020.

Dated:  June 3, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE